BENJAMIN OCHELTREE v. FIFTH AVENUE COACH COMPANY and Others, Impleaded with CHESEBRO WHITMAN CO., INC.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY M. BEHRE v. PRECISION MACHINE COMPANY, INC.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MEYER HERBST, Suing, etc., v. GLOBE RYE BREAD COMPANY, INC., Also Known as H. S. A. BAKING Co., INC., and Others.— Motion granted upon condition that defendants, within five days from service of order, file an undertaking with sufficient sureties in the sum of $5,000 conditioned to indemnify plaintiff from loss by reason of the stay hereby granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FRANCIS DINGEE and Others v. SID BLAKE, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED A. KALIL.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KNAPPER.— Motion granted so far as to extend time of appellant to serve and file record and points on appeal to and including December 2, 1929, with notice of argument for January 7, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of the CITY OF NEW YORK — Widening of Allen Street from Schiff Parkway (Delancey Street), to East Houston Street, and First Avenue from East Houston Street to First Street, in the Borough of Manhattan.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES B. DOUGHERTY v. EDWARD H. BURGER.— Motion granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GREYLOCK HOLDING CORPORATION v. MONTEREY RESTAURANT, INC.— Motion granted on condition that defendant furnish within five days from service of order an undertaking with sufficient sureties in the sum of $4,500, conditioned to pay any judgment which plaintiff may recover against the defendant. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES D. BARTON v. EARL CARROLL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of IRENE DONAU, an Alleged Insane Person. BERTRAM RAFF, Substituted Committee.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH SCHREIBER v. BURROWS, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSIKA SCHWIMMER v. FRED R. MARVIN and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.